UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
RASUL MUHAMMAD, on behalf of himself and all others similarly situated,

        Plaintiffs,

        v.

VOSGES IP, LLC

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

No. 1:19-cv-07749
Judge Thomas M. Durkin
Magistrate Judge Jeffrey Cummings

**UNOPPOSED MOTION TO CONTINUE INITIAL STATUS HEARING**

Plaintiff, Rasul Muhammad, by and through his counsel, Kramer Injury Law LLC, hereby requests that the Court continue the initial status hearing and in support states:

1. Plaintiff filed the above-captioned action on November 23, 2019.

2. On January 7, 2020 Defendant was served with the Summons and Complaint, and proof of service thereafter filed on January 20, 2020.

3. Defendant's answer was due on January 28, 2020.

4. The Court set a status hearing for February 6, 2020; however, Defendant has not yet appeared as of January 30, 2020.

**WHEREFORE**, Plaintiff respectfully requests that the initial status hearing be continued to March 6, 2020 to allow Defendant time to appear and respond to the complaint or in the alternative allow for Plaintiff to move for Default Judgment.

| | |
|---|---|
| Dated: February 3, 2020 | KRAMER INJURY LAW LLC |
| | By: */s/ R. Joseph Kramer* |
| | R. Joseph Kramer, Esq. |
| | Joe@rjklawyer.com |
| | 225 W. Washington Street, Suite 2200 |
| | Chicago, IL 60606 |
| | Tel: (312) 775-1012 |
| | Fax: (312) 626-2408 |
| | ATTORNEYS FOR PLAINTIFF |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record entitled to service via the Court's CM/ECF Filing System on February 3, 2020.

*/s/* R. Joseph Kramer
R. Joseph Kramer