IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RASUL MUHAMMAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 19-cv-7749 |
| v. | ) |
| | ) Judge Thomas M. Durkin |
| VOSGES IP, LLC, | ) Magistrate Judge Jeffrey Cummings |
| | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

NOW COMES the Plaintiff, RASUL MUHAMMAD, by and through his undersigned attorney, and pursuant to Fed R. Civ. Proc. 41(a)(1)(i), hereby gives notice that he voluntarily dismisses this action against Defendant, VOSGES IP, LLC without prejudice and without costs.

Respectfully submitted,

RASUL MUHAMMAD

s/ *R. Joseph Kramer*
R. Joseph Kramer
KRAMER INJURY LAW LLC
225 W. Washington Street, Ste. 2200
Chicago, IL 60606
Phone: (312) 775-1012
Joe@rjklawyer.com